United States District Court
Southern District of Texas
**ENTERED**
February 02, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: |
| v. | § § | SEALED |
| ANDREW CRAIG SUSTAITA | § § § § § § § § § § § § § | 17 CR 65 |

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

**ORDER FOR ISSUANCE OF BENCH WARRANT**

A <u>CRIMINAL INDICTMENT</u> has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

ANDREW CRAIG SUSTAITA

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _Feb 1_, 20 _17_.

_____
UNITED STATES MAGISTRATE JUDGE