UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 01 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CRIMINAL NO. |
| ANDREW CRAIG SUSTAITA | § § | |

**17 CR 65**

**MOTION TO SEAL**

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

COMES NOW the United States of America, by and through Kenneth Magidson, United States Attorney, and Sherri L. Zack, Assistant United States Attorney, for the Southern District of Texas, and moves this Honorable Court to seal the Criminal Indictment and this Motion and Order to Seal and in support thereof would state the following:

1. The criminal indictment contains information obtained as the result of a continuing investigation into violations of federal laws involving sexual exploitation of children. The indictment should be sealed to allow for the arrest of the defendant and to prevent the destruction of potential evidence, except that copies shall be given to the United States Attorney's Office and the relevant investigative agency for their investigative needs.

WHEREFORE, the Government requests that this Motion, the Order, and the Criminal Indictment for the above named defendant, be filed under seal.

The government further requests that the criminal indictment be automatically unsealed upon the arrest of the defendant, Andrew Craig Sustaita.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: /s/Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713/567-9374