# EXHIBIT B

## HARRIS COUNTY SHERIFF'S OFFICE OFFENSE REPORT, SUPPLEMENT 4

# Incident Report
# Office Of Sheriff Ed Gonzalez



1200 Baker Street

Houston, TX 77002

www.hcso.hctx.net

(713)221-6000

**17-1198**
**DRAFT**

Supplement No
0004

Reported Date
01/03/2017
Report Type
COM CRIME
Operator
MYERS, C.

## Administrative Information

| Agency | Offense No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| HARRIS COUNTY LAW ENFORCEMENT | 17-1198 | 0004 | 01/03/2017 | 11:00 |

| CAD Event No | Status | Report Type |
|---|---|---|
| SO170103967 | Incident Report | Computer Crimes |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| 810 N SAN JACINTO ST | | | | | | | Houston |

| ZIP Code | Officers Assaulted? | Zone | District | Beat | From Date | From Time |
|---|---|---|---|---|---|---|
| 77002 | No | S20HO | S3 | S20 | 01/03/2017 | 11:00 |

| Operator | Assignment |
|---|---|
| S27758/MYERS, C. | SHERIFF'S HIGH TECH CRIMES UNIT |

| Entered By | Assignment |
|---|---|
| S27758 | SHERIFF'S HIGH TECH CRIMES UNIT |

| Conf Wrk Group | Approving Officer | Approval Date |
|---|---|---|
| SHERIFF'S OFFICE HIGH TECH CRIMES UNIT | S26849 | 01/17/2017 |

| Approval Time |
|---|
| 18:56:07 |

## Synopsis and Dept Output

Supplement Report Number 0004:

\* Investigative Assistance

## Modus Operandi

| Gang Act? | Crime Code(s) |
|---|---|
| No | Fraud |

## Narrative

Deputy C. Myers, Unit 71H13
Harris County Sheriff's Office
High Tech Crimes Unit
Houston Metro Internet Crimes Against Children
810 N. San Jacinto
Houston, Texas 77002
713 274-4746

<u>Investigative Support:</u>

On Tuesday, January 03, 2017, It was brought to my attention a Harris County Sheriff's Deputy and fellow associate of mine was currently being investigated by members of HSI and Houston Metro Area Internet Crimes Against Children Taskforce. I learned a person using the internet screen name of "Slayer0869" had shared images of child erotica.. Under the comments section of the child erotica images the suspect noted he would share other images if the person interested shared images first. During the course of the investigation being conducted by HSI they learned the IP address associated with the child erotica images returned as being assigned to an Andrew Sustaita who resided at an apartment complex located at 15500 Cutten Road #1908. While conducting on scene surveillance at the apartment complex HSI learned Andrew Sustaita was a Harris County Sheriff's Deputy.

HSI later contacted this office and spoke with Deputy J. Thomas, Unit 71H10. Deputy Thomas ended up becoming the primary investigator of this case.

During the course of Deputy Thomas's Investigation he conducted a Google search of the name "Slayer0869". During this search Deputy Thomas observed a search result with a link to a website "GayBeast.com". Upon

| Report Officer | Printed At | |
|---|---|---|
| S27758/MYERS, C. | 02/13/2017 06:57 | Page 1 of 2 |

# Incident Report
## Office Of Sheriff Ed Gonzalez

**17-1198**
**DRAFT**

Supplement No 0004

### Narrative

clicking on this link it showed the user "Slayer0869" had posted two videos titled this dog knows how to please. The still image of the video displayed a tan colored small dog breed, consistent with that of a Yorkie, and an erect penis.

Upon observing the dog I viewed Sustaita's Facebook page looking for photographs of a similar dog breed. I observed a photograph of a Yorkie which was posted on his page by his wife, Elizabeth Sustaita, on March 16, 2016 with the following statement: "Rest in peace my sweet little girl. Momma loves you and misses you very much. You will never be replaced or forgotten. -With Andrew Sustaita."

Deputy Thomas attempted to view the video but was unable to without becoming a paid member to the website.

On Friday January 6, 2017, with the assistance of HTCU Manager Gary Spurger, a paid membership was obtained to the website "Gaybeast.com". Upon becoming a member Spurger was able to locate and view, the videos uploaded by member "Slayer0869". Spurger created a recording of the video. I and Deputy Thomas then viewed the video. While watching the video I observed a white male masturbating his erect penis with his right hand. While masturbating there was a small dog, which appeared to be a Yorkie, licking the scrotum and anus of the male.

During the video the males right wrist and arm became visible displaying a black wrist band and tattoo upon the inside forearm of the subject. I immediately recognized the arm band and tattoo of the subject as belonging to Andrew Sustaita. I advised Deputy Thomas I recognized the tattoos and arm band as belonging to Sustaita. I returned to Sustaita's Facebook page in search of photographs displaying his right arm to include the wrist band and tattoo. Using the Facebook images observed on the page belonging to Andrew Sustaita and my own personal knowledge of Andrew Sustaita I was able to make a positive identification that the subject depicted in the video was indeed Andrew Sustaita.

I knew Sustaita had moved from his home located at 17627 Macrantha Dr, Spring, TX 77379. I conducted a google search of the listed address looking for reality images of the residence which were used with the online sales listing. I located the sales listing using the website www.har.com . Looking at the sales listing and images provided I found two bedrooms with the same color back ground and molding affixed to the walls. These images will be used as comparison images to show the back ground of the room in videos posted to "Gaybeast.com" and the residence which Sustaita once lived are similar. These images were uploaded to the NAS and stored in the case folder assigned to this report.

I was able to access Sustaita's Facebook page as we were "Facebook friends" at the time of this report. Sustaita and I became Facebook friends some time ago after becoming work associates and attending the same social functions outside of work. I know Sustaita by name and sight as being Andrew Sustaita Jr.

I was able to find four photographs which display Sustaita's right forearm, wrist and dog. Using "Snagit" I copied the four images to include their URL. These images were then placed into the NAS under the case folder assigned to this report to be stored as evidence.

Andrew Sustaita Facebook Page URL is as follows:
<https://www.facebook.com/andrew.sustaita.9?fref=ts>

No further information
End of Supplement.

| Report Officer | Printed At | |
|---|---|---|
| S27758/MYERS, C. | 02/13/2017 06:57 | Page 2 of 2 |