United States District Court
Southern District of Texas
**ENTERED**
September 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NUMBER H-17-065 |
| | § | |
| ANDREW CRAIG SUSTAITA, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The September 25, 2017, trial setting is **CANCELED**. If the court denies Andrew Craig Sustaita's Motion to Suppress Evidence (Docket Entry No. 20), the court will enter a new scheduling order.

**SIGNED** at Houston, Texas, this 18th day of September, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE