UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
March 15, 2018
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-17-65-1 |
| § | |
| Andrew Craig Sustaita § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts 1,2, a presentence report is ordered.

1. By April 30, 2018, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By May 14, 2018, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By May 28, 2018, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for ___June 7, 2018___, at __2:00__ p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed March 15, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE

Copies: United States Probation
AUSA: S. L. Zack
Defense Counsel: N. P. Hennigan
Defendant is ☐ on bond ■ in custody.